FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 18  AM 8:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARTHA BELL NUGENT ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-0647** |
| **PAUL VALTEAU, JR. ET AL.** | **SECTION: "S" (1)** |

### ORDER

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Stay Proceeding is granted. This matter will be stayed for six months. The settlement conference scheduled for October 30, 2006 will proceed. A telephone conference will be held on the 17th day of May, 2007 at 10:00 AM to select a new trial date. The case is closed for statistical purposes.

New Orleans, Louisiana, this 17 day of October, 2006.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____